74 F.3d 1230
NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 Joseph Michael BURNS, Petitioner-Appellant,
v.
Ronald J. ANGELONE, Director of the Virginia Department of
Corrections, Respondent-Appellee.
 No. 95-6088.
 United States Court of Appeals, Fourth Circuit.
 Submitted Sept. 26, 1995.
Decided Jan. 11, 1996.
 
 Joseph Michael Burns, Appellant Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.
 Before WILKINSON and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant seeks to appeal the district court's orders denying relief on his 28 U.S.C. Sec. 2254 (1988) petition and denying reconsideration thereof. We have reviewed the record and the district court's opinions adopting in material part the magistrate judge's recommendation and denying reconsideration and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Burns v. Angelone, No. CA-93-283-N (E.D. Va. Oct. 21 & Dec. 22, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED